# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE ULYSSES SMILER,<br><br>                Plaintiff,<br><br>      v.<br><br>DEPUTY POWERS, et al.,<br><br>                Defendants. | Case No. EDCV 11-0613-DSF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Defendants' Request for Dismissal for Failure to Prosecute be granted and that Judgment be entered dismissing this action without prejudice.

DATED: May 25, 2012

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE