# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE ULYSSES SMILER,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPUTY POWERS, et al.,<br><br>      Defendants. | Case No. EDCV 11-0613-DSF (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: May 25, 2012

                   DALE S. FISCHER
                UNITED STATES DISTRICT JUDGE