# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREMAINE ULYSSES SMILER, | ) | Case No. EDCV 11-0613-DSF (JEM) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| DEPUTY POWERS, et al., | ) | |
| Defendants. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.


DATED: <u>May 25, 2012</u>

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE